In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-127 CR


NO. 09-03-128 CR


NO. 09-03-129 CR


NO. 09-03-130 CR


____________________



JOHN ADAM CONNER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 87417, 87418, 87775 and 87776






MEMORANDUM OPINION (1)


 John Adam Conner was convicted on four indictments for aggravated sexual assault
on a child and was sentenced in each case to twenty-five years of confinement in the Texas
Department of Criminal Justice, Institutional Division. Conner filed notices of appeal on
March 7, 2003. In each case, the trial court entered a certification of the defendant's right
to appeal in which the court certified that this is a plea-bargain case, and the defendant has
no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certifications have
been provided to the Court of Appeals by the district clerk. 

 On March 12, 2003, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made a part of the appellate records by April 11, 2003. See Tex. R. App. P. 37.1. The
records have not been supplemented with amended certifications. Because a certification
that shows the defendant has the right of appeal has not been made part of the record, the
appeals must be dismissed. See Tex. R. App. P. 25.2(d). 

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM

Opinion Delivered April 17, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.